**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 327 MAL 2019

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

JOHN LEKKA, :

Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 7th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.